FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 21, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   -vs-<br><br>LUIS MANUEL FARIAS-CARDENAS (1),<br>JOSHUA ISAAC STINE (2),<br>PATRICK ELLIOTT PEARSON (3),<br>CRISTIAN MISAEL GOMEZ (4),<br>LUIS MANUEL RAMIREZ (5),<br>ZACARIAS MARTINEZ-GARZA (6),<br>NOE ANGEL GONZALEZ-MARTINEZ (7),<br>MARIANO RUIZ-BALDERAS (8),<br>JESSE LEON MANION, JR. (9),<br>HEATHER ELAINE KEATING (10),<br>LEONEL CABALLERO (11),<br>FOREST WALKER HERZOG (12),<br>AMY JO DYGERT (13),<br>RANDALL CURTIS GROSS, JR., (14),<br>MICHAEL EDWARD McLAUGHLIN, JR. (15),<br>JESUS VALENICA-MORFIN (16),<br>GERARDO FARIAS-CONTRERAS (17),<br>ELICEO FARIAS-CARDENAS (18),<br>        Defendants. | Nos.  2:19-CR-0111-WFN<br>         2:19-CR-0119-WFN-1<br><br>ORDER |

    A pretrial conference and motion hearing was held November 20, 2019. The Defendants were present and represented by counsel and in custody as set out in the table below. Assistant United States Attorney Caitlin Baunsgard represented the Government.

| **Defendant** | **Custody** | **Counsel** |
|---|:---:|---|
| Luis Manuel Farias-Cardenas (1) | YES | Christopher R. Black |
| Joshua Isaac Stine (2) | YES | Kent N. Doll, Jr. |
| Patrick Elliott Pearson (3) | YES | Brian P. Whitaker |

ORDER - 1

| Defendant | Custody | Counsel |
|---|---|---|
| Cristian Misael Gomez (4) | YES | James M. Parkins |
| Luis Manuel Ramirez (5) | YES | Timothy D. Trageser |
| Zacarias Martinez-Garza (6) | YES | Roger J. Peven |
| Noe Angel Gonzalez-Martinez (7) | No | Curran C. Dempsey |
| Mariano Ruiz-Balderas (8) | YES | Karen S. Lindholdt |
| Jesse Leon Manion, Jr. (9) | No | Jeffrey S. Niesen |
| Heather Elaine Keating (10) | No | Bevan J. Maxey |
| Leonel Caballero (11)- not present | No | Richard L. Mount |
| Forest Walker Herzog (12) | No | David M. Miller |
| Amy Jo Dygert (13) | No | Nicolas V. Vieth |
| Randall Curtis Gross (14) | YES | Walter L. Ayers / Zachary L. Ayers |
| Michael Edward McLaughlin, Jr. (15) | YES | Frank L. Cikutovich |
| Jesus Valenica-Morfin (16) | YES | Virginia Rockwood |
| Gerardo Farias Contreras (17) and 2:19-CR-0119-1 | YES | Mark E. Vovos |
| Eliceo Farias-Cardenas (18) | YES | David Hammerstad |

The Government updated the Court as to the status of discovery. The Court reviewed Behind the Gavel's status update with counsel. The bulk of discovery will be provided and processed within the next few weeks. However, expert reports may take up to three months. The Court urged the Government to nudge the labs along to expedite expert reports as several Defendants have been in custody for several months and they would like the case to move forward as expeditiously as possible.

The Court granted the Government's oral motion to dismiss 2:19-CR-0119-WFN-1. The Court reserved ruling on the Government's request for a bench warrant for Defendant Caballero (11) asking Mr. Mount to provide the Court with a status update after the hearing.

The Court and parties discussed scheduling. Some Dfendants expressed concerns regarding a motion deadline as early as late January, but others objected to further delay. Upon further discussion, the Court set a briefing deadline for motions, but indicated that the Court will be flexible regarding the currently set trial date. The Court and parties will revisit the trial date at the next pretrial conference. Deadlines for trial materials, including motions in limine, will be set at a later hearing. The Court has reviewed the file and Motions and is

ORDER - 2

fully informed.  This Order is entered to memorialize and supplement the oral rulings of the Court.  Accordingly,

**IT IS ORDERED** that:

### 2:19-CR-0119-WFN-1

1. The Government's oral motion to dismiss the Indictment is **GRANTED**.

2. The Indictment is **DISMISSED without prejudice**.

### 2:19-CR-0111-WFN

3. A pretrial conference shall be held **February 19, 2020, at 10:00 a.m., in Spokane**, Washington.

    (a) All additional motions shall be filed and served no later than **January 24, 2020**.

    (b) Responses shall be filed and served no later than **February 7, 2020**.

The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 21st day of November, 2019.

11-21-19

                          WM. FREMMING NIELSEN
                          SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 3